

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00318-CV

**THE COMMERCIAL BANK**,
Appellant

v.

**VULCAN CONSTRUCTION MATERIALS, LP**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12245
Honorable Gloria Saldana, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed:  August 14, 2013

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal with each party bearing its own costs. According to the motion, the appeal is moot because the parties have "compromised and settled all disputes between them."  Appellant's counsel has certified that he has conferred with opposing counsel who does not oppose the motion.  Accordingly, we grant the motion.  *See* TEX. R. APP. P. 42.1(a)(1).  All costs of appeal are taxed against the party who incurred them.  *See* TEX. R. APP. P. 42.1(d).

PER CURIAM